**MICHAEL J. KANE**
**MICHAEL KANE & ASSOCIATES, PLLC**
1087 W. River Street, Suite 100
Post Office Box 2865
Boise, Idaho 83701-2865
Telephone:  (208) 342-4545
Facsimile:   (208) 342-2323
Idaho State Bar No. 2652

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN "NICK" MARASCHIELLO, | |
| Plaintiff, | Case No. CV-13-00174-CWD |
| vs. | |
| | STIPULATION FOR DISMISSAL |
| JEROME COUNTY SHERIFF'S OFFICE, an agency or department of JEROME COUNTY, IDAHO, a political subdivision of the State of Idaho; DOUG MCFALL, in his individual capacity; JACK JOHNSON, in his individual capacity, | |
| Defendants. | |

COME NOW the Plaintiff by and through his attorney of record, John R. Kormanik of the firm Kormanik, Hallam & Sneed, LLP, and the Defendants, JEROME COUNTY SHERIFF'S OFFICE, DOUG MCFALL and JACK JOHNSON, by and through their attorney of record, Michael J. Kane, of the firm Michael Kane & Associates, PLLC, and hereby stipulate and agree to the dismissal with prejudice of Plaintiff's *Verified Complaint and Demand for Jury Trial*

STIPULATION FOR DISMISSAL – P. 1

(Dkt. 2) as to all Defendants, with each party bearing their own attorneys fees and costs, and there being no prevailing party to the litigation.

DATED this 26th day of December, 2013.

        KORMANIK, HALLAM & SNEED, LLP

BY:   /s/ *John R. Kormanik*
       Attorneys for Plaintiff

DATED this 26th day of December, 2013.

        MICHAEL KANE & ASSOCIATES, PLLC

BY:    /s/ *Michael J. Kane*
       Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the DATED this 26th day of December, 2013, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **John R. Kormanik**
  jrk@khsidaholaw.com;  frontdesk@khsidaholaw.com

- **Michael J. Kane**
  mkane@ktlaw.net;  tpresler@ktlaw.net

            /s/ *Michael J. Kane*