UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN "NICK" MARASCHIELLO,<br><br>    Plaintiff,<br><br>v.<br><br>JEROME COUNTY SHERIFF'S OFFICE, an agency or department of JEROME COUNTY, IDAHO, a political subdivision of the State of Idaho; DOUG MCFALL, in his individual capacity; JACK JOHNSON, in his individual capacity,<br><br>    Defendants. | Case No. 1:13-cv-00174-CWD<br><br>**ORDER** |

  This matter having come before the Court on stipulation of the parties and good cause appearing therefore,

  IT IS HEREBY ORDERED the above matter is DISMISSED WITH PREJUDICE by and for the reason this matter has been settled between the parties, each party shall bear their own attorney fees and costs, and there is no prevailing party to the litigation.

Dated: **December 27, 2013**

*/s/ Candy W. Dale*
Honorable Candy W. Dale
United States Magistrate Judge

ORDER - 1